# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Juan Jose GOMEZ-Izquierdo<br><br>Luis Jesus LOPEZ<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 24, 2023_____ in the county of _____Webb_____ in the _____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 United States Code, Section 922(g)(5)(A) & | Alien Illegally and Unlawfully in the United States in Possession of a Firearm (GOMEZ) |
| Title 18 United States Code, Section 922(g)(1) | &<br><br>A Previously Convicted Felon Unlawfully in Possession of a Firearm (LOPEZ) |

This criminal complaint is based on these facts:

See Attached Sheet...

☑ Continued on the attached sheet.

_____
/s/ Shaun Insley
*Complainant's signature*

Submitted by reliable electronic means per Fed.R.Crim.P. 4.1, Shaun Insley sworn to and signature attested telephonically on September 7, 2023, at Laredo, Texas.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

e Judge

On July 15, 2023, the ATF Laredo Field Office received information that an alien illegally in the United States, known as "JUANJO" and later identified as Juan Jose GOMEZ-Izquierdo, had firearms that he wanted to sell.

On July 16, 2023, ATF utilized a confidential informant (CI) to conduct a cold call to GOMEZ in order to purchase the firearms. Over the course of several conversations, GOMEZ sent the CI multiple photos of firearms and told the CI that the firearms were for sale.

On August 22, 2023, GOMEZ sent a photo of an apparent short barrel AR-type rifle with a brown magazine inserted and a Sig Sauer optic laying on a black blanket. JUANJO stated that the firearm was for sale and agreed to meet the CI on August 24, 2023, to sell the firearm.

On August 24, 2023, the ATF Laredo Field Office conducted a controlled purchase operation in order to purchase the firearm from GOMEZ. Prior to the controlled purchase, Agents conducted surveillance on GOMEZ's residence located on the 3100 block of Chestnut Street in Laredo, Texas, and observed GOMEZ and an individual later identified as Luis Jesus LOPEZ exit out of the residence. GOMEZ got into the driver seat and LOPEZ got into the front passenger seat of GOMEZ's black Chevy Malibu.

Agents conducting mobile surveillance followed the Malibu from the residence and observed the Malibu park on San Leonardo Avenue between Farragut Street and Hidalgo Street. LOPEZ exited the passenger side of the Malibu and met with an individual standing in the driver doorway of a white sedan that was already parked on San Leonardo Street prior to the Malibu's arrival. LOPEZ received a backpack from the driver of the white sedan, slung the backpack over his shoulder, and re-entered the front passenger seat of the Malibu.

The Malibu then drove to the mall parking lot located on the 5300 block of San Dario Avenue in Laredo, Texas and parked next to the CI. The interaction between GOMEZ, LOPEZ, and the CI was audio and video recorded.

GOMEZ handed the CI a backpack that contained a Palmetto State Armory, XMAS-15, multiple caliber short barrel rifle with serial number 2022-000840 with a brown magazine inserted and a Sig Sauer optic mounted.

GOMEZ and LOPEZ exited the Malibu and described the firearm to the CI. GOMEZ told the CI that the firearm had a "switch" installed to make it automatic. LOPEZ stated that with the "switch" installed, the firearm will only shoot full-auto like a machinegun. The CI opened the firearm and found the drop-in auto-sear, or machinegun conversion device, installed inside of the firearm.

The CI paid GOMEZ $2,100 for the firearm and the departed from the parking lot with the firearm.

On September 5, 2023, the ATF Laredo Field Office interviewed GOMEZ and LOPEZ. During the interview GOMEZ stated that he was born in Mexico, unlawfully crossed into the United States, and that he had been deported numerous times. GOMEZ stated that he knew he is

prohibited from possessing firearms. GOMEZ admitted to selling the firearm on August 24, 2023, to the CI in the mall parking lot.

During LOPEZ's interview, he stated that he is a previously convicted felon and that he knew he is prohibited from possessing firearms. LOPEZ stated that GOMEZ paid him $400 or $500 US dollars to give the CI the backpack with the firearm while at the mall parking lot.

A review of GOMEZ's criminal history revealed that he was arrested for Alien Inadmissibility Under Section 212 on 12/26/2020 by the United States Customs and Border Patrol (CBP).

A review of LOPEZ's criminal history revealed that he was convicted of Possession with Intent to Distribute less than 50 kilograms of Marijuana on 03/25/04 and sentenced to 15 months in prison.

A preliminary examination of the firearm revealed that that firearm was manufactured outside of the state of Texas.