United States Courts
Southern District of Texas
FILED
October 03, 2023
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NO. L-23-CR-1170 |
| JUAN JOSE GOMEZ-IZQUIERDO § LUIS JESUS LOPEZ § | DS |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

From on or about June 27, 2023, through on or about September 5, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**JUAN JOSE GOMEZ-IZQUIERDO and
LUIS JESUS LOPEZ,**

did knowingly conspire and agree with each other and with persons known and unknown to the grand jurors to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)), including at least one of the following firearms:

| **Firearms** | | | | | |
|---|---|---|---|---|---|
| Item No. | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Anderson Manufacturing | AM-15 | Pistol | Multi-caliber | 21209535 |
| 2. | Palmetto State Armory | X-MAS 15 | Rifle | Multi-caliber | 2022-000840 |

In violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## COUNT TWO

From on or about June 27, 2023, through on or about September 5, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**JUAN JOSE GOMEZ-IZQUIERDO**

knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed at least one of the following firearms:

| Firearms | | | | | |
|---|---|---|---|---|---|
| Item No. | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Anderson Manufacturing | AM-15 | Pistol | Multi-caliber | 21209535 |
| 2. | Palmetto State Armory | X-MAS 15 | Rifle | Multi-caliber | 2022-000840 |

and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

## COUNT THREE

From on or about June 27, 2023, through on or about September 5, 2023, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**LUIS JESUS LOPEZ,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed at least one of the following firearms:

| Firearms | | | | | |
|---|---|---|---|---|---|
| Item No. | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Palmetto State Armory | X-MAS 15 | Rifle | Multi-caliber | 2022-000840 |

and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT FOUR

On or about August 9, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**JUAN JOSE GOMEZ-IZQUIERDO,**

did knowingly possess and transfer a machine gun, that is, an Anderson Manufacturing Model AM-15 multi-caliber pistol bearing serial number 21209535, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), and 2.

## COUNT FIVE

On or about August 24, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**JUAN JOSE GOMEZ-IZQUIERDO and
LUIS LOPEZ,**

did knowingly possess and transfer a machine gun, that is, a Palmetto State Armory Model X-MAS 15 multi-caliber rifle bearing serial number 2022-000840, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), and 2.

## COUNT SIX

On or about August 9, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**JUAN JOSE GOMEZ-IZQUIERDO,**

did knowingly possess the following firearms:

| | | | Firearms | | |
|---|---|---|---|---|---|
| Item No. | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Anderson Manufacturing | AM-15 | Pistol | Multi-caliber | 21209535 |
| 2. | Privately manufactured firearm (PMF) | AR-style | Pistol | Multi-caliber | NO SERIAL NUMBER |
| 3. | Privately Manufactured Firearm (PMF) | Black metallic AR drop-in auto-sear | Machine Gun Conversion Device | N/A | NO SERIAL NUMBER |

all made in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871, and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about August 24, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**JUAN JOSE GOMEZ-IZQUIERDO and
LUIS LOPEZ,**

did knowingly possess the following firearms:

| | | | Firearms | | |
|---|---|---|---|---|---|
| Item No. | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Palmetto State Armory | X-MAS 15 | Rifle | Multi-caliber | 2022-000840 |
| 2. | Privately Manufactured Firearm (PMF) | Polymer 3D-printed drop-in auto-sear | Machine Gun Conversion Device | N/A | NO SERIAL NUMBER |

all made in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871, and Title 18, United States Code, Section 2.

## COUNT EIGHT

On or about August 9, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**JUAN JOSE GOMEZ-IZQUIERDO,**

did knowingly possess the following firearms:

| | | | Firearms | | |
|---|---|---|---|---|---|
| Item No. | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Anderson Manufacturing | AM-15 | Pistol | Multi-caliber | 21209535 |
| 2. | Privately manufactured firearm (PMF) | AR-style | Pistol | Multi-caliber | NO SERIAL NUMBER |
| 3. | Privately Manufactured Firearm (PMF) | Black metallic AR drop-in auto-sear | Machine Gun Conversion Device | N/A | NO SERIAL NUMBER |

that were not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18, United States Code, Section 2.

## COUNT NINE

On or about August 24, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**JUAN JOSE GOMEZ-IZQUIERDO and**
**LUIS LOPEZ,**

did knowingly possess the following firearms:

| | | | Firearms | | |
|---|---|---|---|---|---|
| Item No. | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Palmetto State Armory | X-MAS 15 | Rifle | Multi-caliber | 2022-000840 |

| | | | | | |
|---|---|---|---|---|---|
| 2. | Privately Manufactured Firearm (PMF) | Polymer 3-D printed drop-in auto-sear | Machine Gun Conversion Device | N/A | NO SERIAL NUMBER |

that were not registered to them in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18, United States Code, Section 2.

## COUNT TEN

On or about August 9, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**JUAN JOSE GOMEZ-IZQUIERDO,**

did knowingly and unlawfully transfer the following firearms:

| | | Firearms | | | |
|---|---|---|---|---|---|
| Item No. | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Anderson Manufacturing | AM-15 | Pistol | Multi-caliber | 21209535 |
| 2. | Privately manufactured firearm (PMF) | AR-style | Pistol | Multi-caliber | NO SERIAL NUMBER |
| 3. | Privately Manufactured Firearm (PMF) | Polymer 3D-printed AR drop-in auto-sear | Machine Gun Conversation Device | N/A | NO SERIAL NUMBER |

that were not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871, and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about August 24, 2023, in the Southern District of Texas and elsewhere and within

the jurisdiction of the Court, Defendants,

**JUAN JOSE GOMEZ-IZQUIERDO and**
**LUIS LOPEZ,**

did knowingly and unlawfully transfer the following firearms:

| \ | Firearms | | | | |
|---|---|---|---|---|---|
| Item No. | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Palmetto State Armory | X-MAS 15 | Rifle | Multi-caliber | 2022-000840 |
| 2. | Privately Manufactured Firearm (PMF) | Polymer 3D-printed drop-in auto-sear | Machine Gun Conversion Device | N/A | NO SERIAL NUMBER |

that were not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871, and Title 18, United States Code, Section 2.

## COUNT TWELVE

On or about August 9, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**JUAN JOSE GOMEZ-IZQUIERDO,**

did knowingly possess the following firearms:

| \ | Firearms | | | | |
|---|---|---|---|---|---|
| Item No. | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Privately manufactured firearm (PMF) | AR-style | Pistol | Multi-caliber | NO SERIAL NUMBER |
| 2. | Privately Manufactured Firearm (PMF) | Polymer 3D-printed AR drop-in auto-sear | Machine Gun Conversation Device | N/A | NO SERIAL NUMBER |

that were not identified by a serial number as required by Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i), and 5871, and Title 18, United States Code, Section 2.

## COUNT THIRTEEN

On or about August 24, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**JUAN JOSE GOMEZ-IZQUIERDO and
LUIS LOPEZ,**

did knowingly possess a firearm, that is, one (1) privately made component referred to as a drop-in auto-sear, not identified by a serial number as required by Chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i), and 5871, and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

From on or about June 27, 2023, through on or about September 5, 2023, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**JUAN JOSE GOMEZ-IZQUIERDO and
LUIS JESUS LOPEZ,**

did fraudulently and knowingly attempt to export and send from the United States to the United Mexican States, merchandise, articles, and objects, at least one of the following items:

| **Firearms** | | | | | |
|---|---|---|---|---|---|
| Item No. | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Anderson Manufacturing | AM-15 | Pistol | Multi-caliber | 21209535 |
| 2. | Privately Manufactured Firearm (PMF) | AR | Pistol | Multi-caliber | NO SERIAL NUMBER |
| 3. | Palmetto State Armory | X-MAS 15 | Rifle | Multi-caliber | 2022-000840 |

| 4. | Privately Manufactured Firearm (PMF) | AR | Rifle | .223 caliber | NO SERIAL NUMBER |
| 5. | Privately Manufactured Firearm (PMF) | Black metallic AR drop-in auto-sear | Machine Gun Conversation Device | N/A | NO SERIAL NUMBER |
| 6. | Privately Manufactured Firearm (PMF) | Polymer 3D-printed AR drop-in auto-sear | Machine Gun Conversation Device | N/A | NO SERIAL NUMBER |

contrary to the laws and regulations of the United States, to wit: Title 50, United States Code, Section 4819(a)(2) and (b) and Title 15, Code of Federal Regulations Section 730, et. seq., and did receive, conceal, buy, sell, and in any manner facilitated the transportation, concealment, and sale of said merchandise, articles, and objects, prior to exportation, knowing the same to be intended for exportation contrary to said laws and regulations of the United States, in violation of Title 18, United States Code, Sections 554 and 2.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
Leslie Ann Cortez
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET NO. L-23-CR-1170

<u>   LAREDO   </u> DIVISION

FILE: 23-05687   MAG#: 23-01722

<u>INDICTMENT</u>   Filed: <u>October 3, 2023</u>

Judge: <u>   DS   </u>

ATTORNEYS:

**UNITED STATES OF AMERICA**

vs.

<u>ALAMDAR S. HAMDANI, USA</u>
<u>LESLIE ANN CORTEZ, AUSA</u>

**JUAN JOSE GOMEZ-IZQUIERDO**
**LUIS JESUS LOPEZ**

**CHARGES:**

| | |
|---|---|
| Ct. 1: | Trafficking of firearms<br>[18 USC § 933(a)] |
| Ct. 2: | Possession of Firearm and Ammunition by Alien Illegally or Unlawfully in the United States<br>[18 USC 922(g)(5)(A), 924(a)(8)] |
| Ct. 3: | Possession of Firearm and Ammunition by a person having been convicted of a crime punishable by imprisonment for a term exceeding one year<br>[18 USC 922(g)(1), 924(a)(8)] |
| Cts. 4-5: | Illegal Possession of a Machine Gun<br>[18 USC 922(o), 924(a)(2)] |
| Cts. 6-7: | Possession of Firearm Made in Violation of NFA<br>[26 USC 5822, 5861(c), and 5871 and 18 USC 2] |
| Cts. 8-9: | Possession of Unregistered Firearm<br>[26 USC 5841, 5861(d), and 5871 and 18 USC 2] |
| Cts. 10-11: | Transfer of Firearm in Violation of NFA<br>[26 USC 5812, 5861(e), and 5871 and 18 USC 2] |
| Cts. 12-13: | Possession of Firearm Unidentified by Serial Number<br>[26 USC 5861(i), and 5871 and 18 USC 2] |
| Ct. 14: | Smuggling Goods from the United States<br>[18 USC 554 & 2] |

**TOTAL COUNTS: 14**

**PENALTY:**

Ct. 1-3:   0 to 15 years and/or $250,000 Fine, $100 special assessment,
Not more than a three three-year term of supervised release

Ct. 4-14:  0 to 10 years and/or $250,000 Fine, $100 special assessment,
Not more than three-year term of supervised release